THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Greg Wall, Appellant.
 
 
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-557
 Submitted November 2, 2009  Filed
November 23, 2009    

Affirmed

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General Christina J. Catoe, all of
 Columbia, and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Greg
 Wall appeals his guilty pleas to third-degree burglary and grand larceny,
 arguing the trial court erred in accepting his plea without a sufficient
 factual basis.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: State v. Sweet, 374 S.C. 1, 5, 647 S.E.2d 202, 205 (2007)
 ("To properly preserve an issue for review there must be a contemporaneous
 objection that is ruled upon by the trial court."). 
Affirmed.
Hearn,
 C.J., Huff, and Geathers,
 J.J., concur

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.